**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Northern Division*

---

| | | |
|---|---|---|
| *Rod J. Rosenstein*<br>*United States Attorney*<br><br>*John W. Sippel, Jr.*<br>*Assistant United States Attorney* | *36 South Charles Street*<br>*Fourth Floor*<br>*Baltimore, Maryland 21201* | *DIRECT: 410-209-4807*<br>*MAIN: 410-209-4800*<br>*FAX: 410-962-3124*<br>*TTY/TDD: 410-962-4462*<br>*John.Sippel@usdoj.gov* |

October 2, 2012

**VIA ECF**

The Honorable J. Frederick Motz
United States District Judge
United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

   Re: United States v. Kevin Hently, *et al.*
     Criminal no. JFM-10-0322

Dear Judge Motz:

  This letter is respectfully submitted to advise the Court of the status of the above-referenced case. Since the submission of the previous status report, defendant Anthony Hendrickson has pled guilty and defendants Irvin Buckson and Damon Reeder are scheduled to plead guilty this month. Plea negotiations continue as to defendants Walter Ingram and Dwayne Edwards, and the parties remain optimistic that resolutions can be reached pertaining to the remaining two defendants. Based on these circumstances, the parties respectfully request that they be permitted to submit a joint status report in 60 days.

            Respectfully submitted,

            Rod J. Rosenstein
            United States Attorney


            _____/s/_____
            John W. Sippel, Jr.
            Assistant United States Attorney

cc: All counsel of record (via ECF)