Walter Ingram
C.D.C.
401 Madison Street
Baltimore, MD 21202

October 18, 2012

Hon. Fredrick J. Motz
United States District Court
Federal Garmatz Building
101 W. Lombard Street
Baltimore, MD 21201

                              RE: <u>Termination of Attorney Benjamin Sutley</u>

Dear Judge Motz:

I am respectfully informing this court that I have informed Mr. Benjamin Sutley that I am dissatisfied with his services, and have relieved him of his legal representation.
In informing this court of my irrevocable decision to sever my ties with Mr. Sutley, I am requesting that this court appoint a panel attorney to represent me. As I am currently incarcerated and indigent, I am hoping that this court will allow me to proceed in forma pauperis

Sincerely yours,

Walter Ingram

mhl/NAD

Approved
10/05/12